Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

             Case No.:  21−12357−MBK
             Chapter:  13
             Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sergio Laranjeiro | Lucia Laranjeiro |
| 210 Lucia Ave | 210 Lucia Ave |
| Middlesex, NJ 08846 | Middlesex, NJ 08846 |

Social Security No.:
 xxx−xx−6334               xxx−xx−9084

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 13, 2021.


Dated: August 13, 2021
JAN: wir

                           Jeanne Naughton
                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12357-MBK |
| Sergio Laranjeiro | Chapter 13 |
| Lucia Laranjeiro | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 13, 2021 | Form ID: plncf13 | Total Noticed: 98 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sergio Laranjeiro, Lucia Laranjeiro, 210 Lucia Ave, Middlesex, NJ 08846-1135 |
| 519160746 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 519195405 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519145841 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519145842 | + | Arvest Central Mortgage, 801 John Barrow Road, Suite 1, Little Rock, AR 72205-6511 |
| 519145843 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519148790 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519145844 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519151198 | + | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519145863 | + | Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714-8099 |
| 519145864 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519145868 | + | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 519145869 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519154835 | + | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519167052 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519145874 | + | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519145877 | + | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |
| 519168977 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519145879 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519145882 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Mailcode VA-RVW-6290 POB 8509, Richmond, VA 23286-0001 |
| 519145901 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519145903 | + | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519145904 | + | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519145906 | + | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519145907 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519153248 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519153742 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519145908 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 519145909 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 519145910 | + | Wfhm, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519145840 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 13 2021 20:31:00 | American Honda Finance, Attn: National |

Case 21-12357-MBK    Doc 45    Filed 08/15/21    Entered 08/16/21 00:14:24    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: plncf13 | Total Noticed: 98 |

| | | | |
|---|---|---|---|
| | | | Bankruptcy Center, Po Box 166469, Irving, TX 75016 |
| 519145839 | + Email/Text: bankruptcycare@affinityfcu.com | Aug 13 2021 20:31:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519145845 | + Email/Text: defaultspecialty.us@bbva.com | Aug 13 2021 20:31:00 | BBVA Compass, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |
| 519145850 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 20:34:33 | CBNA/Home Depot, Citi Cards Private Label Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519145846 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 13 2021 20:34:10 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519145847 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 13 2021 20:34:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519145848 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 13 2021 20:34:39 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519145849 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 20:49:43 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 519145851 | + Email/Text: bk.notifications@jpmchase.com | Aug 13 2021 20:31:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519145853 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 20:49:34 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519145854 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 20:49:34 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519145855 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 20:49:34 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519145856 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 20:34:33 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519145857 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 20:31:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519145858 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 20:31:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519145859 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 20:31:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519145860 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 20:31:00 | Comenity Capital/IKEA, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 519145861 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 20:31:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519145862 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 20:31:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 519145865 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 13 2021 20:34:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519152814 | Email/Text: mrdiscen@discover.com | Aug 13 2021 20:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519145866 | + Email/Text: mrdiscen@discover.com | Aug 13 2021 20:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519145867 | + Email/Text: dplbk@discover.com | Aug 13 2021 20:31:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519145870 | Email/Text: bk@freedomfinancialnetwork.com | Aug 13 2021 20:31:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |

Case 21-12357-MBK    Doc 45    Filed 08/15/21    Entered 08/16/21 00:14:24    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Aug 13, 2021 | Form ID: plncf13 | Total Noticed: 98 |

| | | | | |
|---|---|---|---|---|
| 519145871 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 13 2021 20:32:00 | Genesis Financial/Jared, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 519215767 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 13 2021 20:31:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519145852 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 13 2021 20:34:07 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519186384 | | Email/Text: bk.notifications@jpmchase.com | Aug 13 2021 20:31:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519145872 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 13 2021 20:31:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519145880 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 13 2021 20:31:00 | State Farm Bank, Attn: Bankruptcy, Po Box 3298, Milwaukee, WI 53201 |
| 519145881 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 13 2021 20:31:00 | State Farm Financial S, Attn: Bankruptcy, 1 State Farm Plaza, Bloomington, IL 61710 |
| 519214064 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 20:34:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519145873 | + | Email/Text: Documentfiling@lciinc.com | Aug 13 2021 20:31:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519145875 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2021 20:34:11 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519216528 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 20:34:32 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519225709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 20:34:32 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519221870 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 20:34:31 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519221880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 20:34:31 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519228633 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 20:34:31 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519220568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 20:34:14 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519145876 | + | Email/Text: bankruptcy@prosper.com | Aug 13 2021 20:31:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519228885 | + | Email/Text: bncmail@w-legal.com | Aug 13 2021 20:31:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519220080 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2021 20:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519220081 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2021 20:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519145878 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 13 2021 20:31:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519145883 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:28 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145885 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:10 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145886 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:10 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-3 | User: admin | Page 4 of 5
Date Rcvd: Aug 13, 2021 | Form ID: plncf13 | Total Noticed: 98

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519145887 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:28 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145884 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:39 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145888 | | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:28 | Syncb/walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 519145889 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:39 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145890 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:28 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145891 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145893 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:28 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519145892 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519145894 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:28 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519145895 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:09 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145896 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:10 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519145897 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:10 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519145899 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:09 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519145898 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:39 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519145900 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 20:34:10 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145902 | + | Email/Text: documentfiling@lciinc.com | Aug 13 2021 20:31:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519222939 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 13 2021 20:49:43 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519145905 | + | Email/Text: vci.bkcy@vwcredit.com | Aug 13 2021 20:31:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 68

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519195406 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519195407 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519156453 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 13, 2021 | Form ID: plncf13 | Total Noticed: 98 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marcia Y. Phillips | on behalf of Debtor Sergio Laranjeiro mphillips@uprightlaw.com theladyjustice.phillips@gmail.com |
| Marcia Y. Phillips | on behalf of Joint Debtor Lucia Laranjeiro mphillips@uprightlaw.com theladyjustice.phillips@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5