UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sergio Laranjeiro and Lucia Laranjeiro

Case No.: 21-12357

Chapter: 13

Judge: Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 31, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Marcia Y. Phillips_____ for the reduction of time for a hearing on  Motion to Approve Financing on Shorten Time _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____June 8, 2022_____ at __9:00 am__ in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey 08608_____, Courtroom No. __8__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Trustee and any and all interested parties.  _____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

        _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing.

    8.  ☐ Court appearances are required to prosecute the motion/application and any objections.

        ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 21-12357-MBK
Sergio Laranjeiro                                                                                   Chapter 13
Lucia Laranjeiro
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1
Date Rcvd: May 31, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sergio Laranjeiro, Lucia Laranjeiro, 210 Lucia Ave, Middlesex, NJ 08846-1135 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marcia Y. Phillips | on behalf of Debtor Sergio Laranjeiro mphillips@uprightlaw.com theladyjustice.phillips@gmail.com |
| Marcia Y. Phillips | on behalf of Joint Debtor Lucia Laranjeiro mphillips@uprightlaw.com theladyjustice.phillips@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5