| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>**Sergio Laranjeiro**<br>**Lucia Laranjeiro** | Case No. **21-12357**<br>Chapter: **13**<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Sergio Laranjeiro**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **February 9, 2023**            /s/ **Sergio Laranjeiro**
                                      **Sergio Laranjeiro**
                                      Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Sergio Laranjeiro**<br>**Lucia Laranjeiro** | Case No.: **21-12357**<br>Chapter: **13**<br>Judge: **MBK** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Lucia Laranjeiro**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **February 9, 2023**              /s/ Lucia Laranjeiro
                                         **Lucia Laranjeiro**
                                         Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18