| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sergio Laranjeiro | Social Security number or ITIN  xxx-xx-6334 |
| | First Name  Middle Name  Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | Lucia Laranjeiro | Social Security number or ITIN  xxx-xx-9084 |
| | First Name  Middle Name  Last Name | EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21-12357-MBK | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sergio Laranjeiro                                Lucia Laranjeiro

2/10/23                                **By the court:** Michael B. Kaplan
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12357-MBK |
| Sergio Laranjeiro | Chapter 13 |
| Lucia Laranjeiro | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 99 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sergio Laranjeiro, Lucia Laranjeiro, 210 Lucia Ave, Middlesex, NJ 08846-1135 |
| 519160746 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 519145877 | + | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |
| 519748463 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519145882 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Mailcode VA-RVW-6290 POB 8509, Richmond, VA 23286-0001 |
| 519145909 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519145840 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 10 2023 20:50:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 166469, Irving, TX 75016 |
| 519145839 | + | Email/Text: bankruptcycare@affinityfcu.com | Feb 10 2023 20:50:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519195405 | | Email/PDF: bncnotices@becket-lee.com | Feb 10 2023 21:04:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519145841 | + | Email/PDF: bncnotices@becket-lee.com | Feb 10 2023 21:04:22 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519145842 | + | Email/Text: MtgBankruptcy@arvest.com | Feb 10 2023 20:49:00 | Arvest Central Mortgage, 801 John Barrow Road, Suite 1, Little Rock, AR 72205-6511 |
| 519145843 | | EDI: BANKAMER.COM | Feb 11 2023 01:39:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519148790 | + | EDI: BANKAMER2.COM | Feb 11 2023 01:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519145844 | + | EDI: TSYS2 | Feb 11 2023 01:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519145850 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | CBNA/Home Depot, Citi Cards Private Label Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519151198 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 10 2023 20:50:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |

Case 21-12357-MBK   Doc 65   Filed 02/12/23   Entered 02/13/23 00:16:12   Desc Imaged
Certificate of Notice   Page 4 of 8

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 99 |

| | | | | |
|---|---|---|---|---|
| 519145863 | | Email/Text: cfcbackoffice@contfinco.com | Feb 10 2023 20:49:00 | Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 519145846 | + | EDI: CAPITALONE.COM | Feb 11 2023 01:39:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519145847 | + | EDI: CAPITALONE.COM | Feb 11 2023 01:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519145848 | + | EDI: CAPITALONE.COM | Feb 11 2023 01:39:00 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519145849 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 519145853 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519145854 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519145855 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519145856 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519145857 | | EDI: WFNNB.COM | Feb 11 2023 01:44:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519145858 | + | EDI: WFNNB.COM | Feb 11 2023 01:44:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519145859 | | EDI: WFNNB.COM | Feb 11 2023 01:44:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519145860 | | EDI: WFNNB.COM | Feb 11 2023 01:44:00 | Comenity Capital/IKEA, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 519145861 | + | EDI: WFNNB.COM | Feb 11 2023 01:44:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519145862 | + | EDI: WFNNB.COM | Feb 11 2023 01:44:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 519145864 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519145865 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2023 21:03:54 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519152814 | | EDI: DISCOVER.COM | Feb 11 2023 01:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519145866 | + | EDI: DISCOVER.COM | Feb 11 2023 01:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519145867 | + | EDI: DISCOVERPL | Feb 11 2023 01:44:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519145868 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 10 2023 20:49:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 519145870 | | Email/Text: bk@freedomfinancialnetwork.com | Feb 10 2023 20:49:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 519145869 | + | EDI: AMINFOFP.COM | Feb 11 2023 01:44:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519145871 | + | EDI: PHINGENESIS | Feb 11 2023 01:44:00 | Genesis Financial/Jared, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |

Case 21-12357-MBK   Doc 65   Filed 02/12/23   Entered 02/13/23 00:16:12   Desc Imaged
                                 Certificate of Notice   Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 99 |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 519154835 | + | EDI: AIS.COM | Feb 11 2023 01:44:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519215767 | | EDI: JEFFERSONCAP.COM | Feb 11 2023 01:44:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519145851 | | EDI: JPMORGANCHASE | Feb 11 2023 01:39:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519145852 | | EDI: JPMORGANCHASE | Feb 11 2023 01:39:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519186384 | | EDI: JPMORGANCHASE | Feb 11 2023 01:39:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519167052 | + | Email/Text: RASEBN@raslg.com | Feb 10 2023 20:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519145872 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2023 20:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519145880 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 10 2023 20:49:00 | State Farm Bank, Attn: Bankruptcy, Po Box 3298, Milwaukee, WI 53201 |
| 519145881 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 10 2023 20:49:00 | State Farm Financial S, Attn: Bankruptcy, 1 State Farm Plaza, Bloomington, IL 61710 |
| 519214064 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 21:04:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519145873 | + | EDI: LENDNGCLUB | Feb 11 2023 01:39:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519145874 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 10 2023 20:49:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519145875 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:14 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519145845 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2023 20:49:00 | BBVA Compass, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519216528 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519225709 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519221870 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519221880 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519228633 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519220568 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519145876 | ^ | MEBN | Feb 10 2023 20:48:03 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519228885 | + | Email/Text: bncmail@w-legal.com | Feb 10 2023 20:50:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519220080 | | EDI: Q3G.COM | Feb 11 2023 01:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519220081 | | EDI: Q3G.COM | Feb 11 2023 01:44:00 | Quantum3 Group LLC as agent for, Comenity |

Case 21-12357-MBK   Doc 65   Filed 02/12/23   Entered 02/13/23 00:16:12   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 99 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519145878 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 10 2023 20:50:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519168977 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 10 2023 20:50:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519145879 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 10 2023 20:50:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519145883 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145885 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145886 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145887 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145884 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145888 | | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Syncb/walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 519145889 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145890 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145891 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145893 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519145892 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519145894 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519145895 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145896 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519145897 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519145899 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519145898 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519145900 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519145901 | + | EDI: WTRRNBANK.COM | Feb 11 2023 01:44:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519145902 | + | EDI: COMCASTCBLCENT | Feb 11 2023 01:39:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519145903 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 99 |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-6497 |
| 519145904 | ^ | MEBN | Feb 10 2023 20:47:21 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519222939 | + | EDI: AIS.COM | Feb 11 2023 01:44:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519145905 | + | Email/Text: vci.bkcy@vwcredit.com | Feb 10 2023 20:50:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 519145907 | + | EDI: WFFC2 | Feb 11 2023 01:39:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519145906 | + | EDI: WFFC2 | Feb 11 2023 01:39:00 | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519153742 | + | EDI: WFFC2 | Feb 11 2023 01:39:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519153248 | | EDI: WFFC2 | Feb 11 2023 01:39:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519145908 | + | EDI: WFFC2 | Feb 11 2023 01:39:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 519145910 | + | EDI: WFFC2 | Feb 11 2023 01:39:00 | Wfhm, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 93

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519195406 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519195407 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519156453 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

District/off: 0312-3 | User: admin | Page 6 of 6
Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 99

Denise E. Carlon
    on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marcia Y. Phillips
    on behalf of Debtor Sergio Laranjeiro Theladyphillips@gmail.com theladyjustice.phillips@gmail.com

Marcia Y. Phillips
    on behalf of Joint Debtor Lucia Laranjeiro Theladyphillips@gmail.com theladyjustice.phillips@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5